NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  **1:21-CR-00573**

**ROBBY VAN MELE**
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[ ] CJA          [■] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

/s/ David Schertler
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Bar ID: 367203
*(Attorney & Bar ID Number)*

Schertler Onorato Mead & Sears
*(Firm Name)*

901 New York Ave, N.W., Suite 500 West
*(Street Address)*

Washington, D.C., 20001
*(City)     (State)     (Zip)*

(202) 628-4199
*(Telephone Number)*