**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBBY VAN MELE,<br><br>Defendant. | Criminal No. 21-cr-573 (TSC)<br><br>Violation: 15 U.S.C. § 1<br>Conspiracy in Restraint of Trade |

**JOINT SENTENCING STATUS UPDATE REPORT**

On October 18, 2021, Defendant Robby Van Mele pled guilty to violating the Sherman Act, 15 U.S.C. § 1. Pursuant to the plea agreement, Defendant agreed to cooperate fully and truthfully with the United States in the prosecution of this case, the ongoing federal investigation of violations of federal antitrust and related criminal laws involving the sale of security services in Belgium, any federal investigation resulting therefrom, and any litigation or other proceedings arising or resulting from any such investigation to which the United States is a party. The United States anticipates Defendant's cooperation will be ongoing for at least another six months. As a result, the parties jointly request providing the Court an additional status update on January 18, 2023.

Dated:   July 18, 2022

                                                                           Respectfully Submitted,

| | |
|---|---|
| /s/ David Schertler | /s/ Dina Hoffer |
| DAVID SCHERTLER | BRYAN SERINO |
| LISA MANNING | DINA HOFFER |
| Schertler Onorato Mead & Spears | Trial Attorneys |
| 901 New York Avenue NW | New York Office |
| Suite 500 West | U.S. Department of Justice |
| Washington, DC 20001 | Antitrust Division |
| | 26 Federal Plaza, Room 3630 |
| | New York, NY 10278 |